HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JAIME A. SANCHEZ-ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00102-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSE M. FLORES BARRAZA et al, | Date: October 5, 2017 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Ross K. Naughton, Assistant United States Attorney, attorney for Plaintiff, Christopher R. Cosca, attorney for Jose M. Flores Barraza, Todd D. Leras, attorney for Jose M. Olivera-Orozco, Michael E. Hansen, attorney for Jesus Olivera-Orozco, Clemente Jimenez, attorney for Adrian Guerrero Hernandez, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Jaime A. Sanchez-Robles, that **the status conference scheduled for October 5, 2017 be vacated and be continued to November 16, 2017** at 9:30 a.m.

Defense counsel requires additional time to continue investigating the facts of the case and consult with their clients. The parties agree November 16, 2017 represents the next best date for a status conference.

Stipulation and Order to Continue Status Conference     -1-     *U.S. v. Barraza, et al.*, 2:17-cr-00102-TLN

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 16, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 3, 2017

/s/ Noa E. Oren
NOA E. OREN
Assistant Federal Defender
Attorneys for Defendant
JAIME A. SANCHEZ-ROBLES

Date: October 3, 2017

/s/ Christopher R. Cosca
CHRISTOPHER R. COSCA
Attorney for Defendant
JOSE M. FLORES BARRAZA

Date: October 3, 2017

/s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JOSE M. OLIVERA-OROZCO

Date: October 3, 2017

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JESUS OLIVERA-OROZCO

Date: October 3, 2017

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
ADRIAN GUERRERO HERNANDEZ

Date: October 3, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Ross K. Naughton
ROSS K. NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 16, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the October 5, 2017 status conference shall be continued until November 16, 2017, at 9:30 a.m. before Judge Troy L. Nunley.**

Dated: October 3, 2017

Troy L. Nunley
United States District Judge