PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00102 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | DATE: December 14, 2017 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| JOSE M. FLORES BARRAZA, JOSE M. OLIVERA-OROZCO, JESUS OLIVERA-OROZCO, JAIME A. SANCHEZ-ROBLES, and ADRIAN GUERRERO HERNANDEZ, | |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on December 14, 2017.

2.      By this stipulation, defendants now move to continue the status conference until January 11, 2018, at 9:30 a.m., and to exclude time between December 14, 2017, and January 11, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes hundreds of pages of discovery. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time consult with their respective clients,

to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with his/her client, to prepare pretrial motions, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017 to January 11, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2017                    PHILLIP A. TALBERT
United States Attorney


/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: December 12, 2017

/s/ LINDA C. ALLISON
LINDA C. ALLISON
Counsel for Defendant
JAMIE A. SANCHEZ-ROBLES

Dated: December 12, 2017

/s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant
JOSE M. FLORES BARRAZA

Dated: December 12, 2017

/s/ MICHAEL E. HANSEN
MICHAEL E. HANSEN
Counsel for Defendant
JESUS OLIVERA-OROZCO

Dated: December 12, 2017

/s/ CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
ADRIAN GUERRERO
HERNANDEZ

Dated: December 12, 2017

/s/ TODD D. LERAS
TODD D. LERAS
Counsel for Defendant
JOSE M. OLIVERA-OROZCO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of December, 2017.

Troy L. Nunley
United States District Judge