LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
JOSE OLIVERA OROZCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSE FLORES BARRAZA, JOSE OLIVERA OROZCO, JESUS OLIVERA OROZCO, JAIME SANCHEZ ROBLES, and ADRIAN GUERRERO HERNANDEZ,<br><br>            Defendants. | Case No.: 2:17-CR-102 TLN<br><br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br><br>Date:     March 22, 2018<br>Time:    9:00 a.m.<br>Court:   Hon. Troy L. Nunley |

       This matter is presently set for a status conference on January 11, 2018. The case

involves allegations of a conspiracy to cultivate marijuana upon public land within the Klamath

National Forest in Siskiyou County. The government has provided discovery to defense counsel,

ORDER CONTINUING STATUS
CONFERENCE

including reports, maps, notes, and other investigative material.  The defendants speak limited English.  Defense counsel are in the continuing process of reviewing the discovery with their respective clients using the services of an appropriate Spanish language interpreter, and conducting their own investigation regarding potential defenses in the case.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Cameron Desmond, and Attorney Christopher R. Cosca on behalf of Defendant Jose Flores Barraza, Attorney Todd D. Leras on behalf of Defendant Jose Olivera Orozco, Attorney Michael E. Hansen on behalf of Defendant Jesus Olivera Orozco, Assistant Federal Defender Linda C. Allison on behalf of Defendant Jaime Sanchez Robles, and Attorney Clemente Jimenez on behalf of Defendant Adrian Guerrero Hernandez, stipulate as follows:

1.   By this stipulation, Defendants now move to vacate the status conference presently set for January 11, 2018.  The parties request to continue the status conference to March 22, 2018, at 9:30 a.m., and to exclude time between January 11, 2018 and March 22, 2018 under Local Code T-4.  The United States does not oppose this request.

2.   Defense counsel for all defendants are engaged in ongoing review of the discovery and conducting defense investigation related to potential defenses in this matter.  This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.   The nearest city to the grow site is Yreka, which is more than 250 miles from Sacramento.  Investigation of the site therefore involves travel time of more than four hours in each direction from Sacramento.  Defendants further require the assistance of Spanish language interpreters to ensure that they

ORDER CONTINUING STATUS
CONFERENCE

understand their constitutional rights, the nature of the charges, and the potential

defenses to the charged offenses.

3.  All defense counsel represent and believe that failure to grant additional time as

    requested would deny each of them the reasonable time necessary for effective

    preparation, taking into account the exercise of due diligence.

4.  Based on the above-stated facts, the parties jointly request that the Court find that the

    ends of justice served by continuing the case as requested outweigh the best interest

    of the public and the Defendants in a trial within the time prescribed by the Speedy

    Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et

    seq.*, within which trial must commence, the time period of January 11, 2018 to

    March 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. §

    3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

    granted by the Court at Defendants' request on the basis that the ends of justice

    served by taking such action outweigh the best interest of the public and the

    Defendants in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of

    the Speedy Trial Act dictate that additional time periods are excludable from the

    period within which a trial must commence.

1     Assistant U.S. Attorney Cameron Desmond and all defense counsel have reviewed this

2  proposed order and authorized Todd Leras to sign it on their behalf.

3  DATED:  January 8, 2018

4                          By   /s/ Todd D. Leras for

5                               CAMERON DESMOND
                               Assistant United States Attorney

6  DATED:  January 8, 2018

7                          By   /s/ Todd D. Leras for
                               CHRISTOPHER R. COSCA

8                               Attorney for Defendant
                               JOSE FLORES BARRAZA

9

10  DATED:  January 8, 2018

                          By   /s/ Todd D. Leras

11                               TODD D. LERAS

12                               Attorney for Defendant
                               JOSE OLIVERA OROZCO

13  DATED:  January 8, 2018

14                          By   /s/ Todd D. Leras for
                               MICHAEL E. HANSEN

15                               Attorney for Defendant
                               JESUS OLIVERA OROZCO

16

17  DATED:  January 8, 2018

                          By   /s/ Todd D. Leras for

18                               LINDA C. ALLISON
                               Assistant Federal Defender

19                               OFFICE OF THE FEDERAL
                               DEFENDER

20                               Attorneys for Defendant

21                               JAIME SANCHEZ ROBLES

22  DATED:  January 8, 2018

23                          By   /s/ Todd D. Leras for
                               CLEMENTE JIMENEZ

24                               Attorney for Defendant
                               ADRIAN GUERRERO

25                               HERNANDEZ

26

27

28  ORDER CONTINUING STATUS
     CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for January 11, 2018, is vacated. A new status conference is scheduled for March 22, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 11, 2018, up to and including March 22, 2018.

DATED: January 9, 2018

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE