| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE M. FLORES BARRAZA et al,<br><br>Defendants. | Case No. 2:17-cr-102-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: March 22, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until April 12, 2018 at 9:30 a.m., and to exclude time between March 22, 2018 through April 12, 2018, under Local Code T4.

Defense counsel requires additional time to continue investigating the facts of the case and consult with their clients. The parties agree April 12, 2018 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 12, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference

-1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 19, 2018  /s/ Noa E. Oren
NOA E. OREN
Assistant Federal Defender

Attorneys for Defendant
JAIME A. SANCHEZ-ROBLES

Date: March 19, 2018  /s/ Christopher R. Cosca
CHRISTOPHER R. COSCA

Attorney for Defendant
JOSE M. FLORES BARRAZA

Date: March 19, 2018  /s/ Todd D. Leras
TODD D. LERAS

Attorney for Defendant
JOSE M. OLIVERA-OROZCO

Date: March 19, 2018  /s/ Michael E. Hansen
MICHAEL E. HANSEN

Attorney for Defendant
JESUS OLIVERA-OROZCO

Date: March 19, 2018  /s/ Clemente Jimenez
CLEMENTE JIMENEZ

Attorney for Defendant
ADRIAN GUERRERO HERNANDEZ

Date: March 19, 2018  MCGREGOR W. SCOTT
United States Attorney

/s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 22, 2018 status conference shall be continued until April 12, 2018, at 9:30 a.m. before Judge Troy L. Nunley.

Dated: March 19, 2018

Troy L. Nunley
United States District Judge