| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JAIME A. SANCHEZ-ROBLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-102-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSE M. FLORES BARRAZA et al, | Date: April 12, 2018 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until May 24, 2018 at 9:30 a.m., and to exclude time between March 22, 2018 through April 12, 2018, under Local Code T4.

Defense counsel requires additional time to continue investigating the facts of the case and consult with their clients. The parties agree May 24, 2018 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 24, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference -1-

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 5, 2018 | | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender |
| | | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |
| Date: April 5, 2018 | | */s/ Christopher R. Cosca*<br>CHRISTOPHER R. COSCA |
| | | Attorney for Defendant<br>JOSE M. FLORES BARRAZA |
| Date: April 5, 2018 | | */s/ Todd D. Leras*<br>TODD D. LERAS |
| | | Attorney for Defendant<br>JOSE M. OLIVERA-OROZCO |
| Date: April 5, 2018 | | */s/ Michael E. Hansen*<br>MICHAEL E. HANSEN |
| | | Attorney for Defendant<br>JESUS OLIVERA-OROZCO |
| Date: April 5, 2018 | | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ |
| | | Attorney for Defendant<br>ADRIAN GUERRERO HERNANDEZ |
| Date: April 5, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Cameron Desmond*<br>CAMERON DESMOND<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 24, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 12, 2018 status conference shall be continued until May 24, 2018, at 9:30 a.m. before Judge Troy L. Nunley.

Dated: April 5, 2018

Troy L. Nunley
United States District Judge