| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-102-TLN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JOSE M. FLORES BARRAZA et al, | Date: May 24, 2018 |
| Defendants. | Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until July 19, 2018 at 9:30 a.m., and to exclude time between May 24, 2018 through July 19, 2018, under Local Code T4.

Defense counsel requires additional time to continue investigating the facts of the case and consult with their clients. Specifically, defendant, Jaime Sanchez-Robles requires an opportunity to engage services from an outside expert. The parties agree July 19, 2018 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 19, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference                                       -1-

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | Date: May 17, 2018 | */s/ Noa E. Oren*<br>NOA E. OREN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |
| 7 | Date: May 17, 2018 | */s/ Christopher R. Cosca*<br>CHRISTOPHER R. COSCA |
| 8 | | |
| 9 | | Attorney for Defendant<br>JOSE M. FLORES BARRAZA |
| 10 | Date: May 17, 2018 | */s/ Todd D. Leras*<br>TODD D. LERAS |
| 11 | | |
| 12 | | Attorney for Defendant<br>JOSE M. OLIVERA-OROZCO |
| 13 | Date: May 17, 2018 | */s/ Michael E. Hansen*<br>MICHAEL E. HANSEN |
| 14 | | |
| 15 | | Attorney for Defendant<br>JESUS OLIVERA-OROZCO |
| 16 | Date: May 17, 2018 | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ |
| 17 | | |
| 18 | | Attorney for Defendant<br>ADRIAN GUERRERO HERNANDEZ |
| 19 | | |
| 20 | Date: May 17, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 21 | | |
| 22 | | */s/ Cameron Desmond*<br>CAMERON DESMOND |
| 23 | | Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 19, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 24, 2018 status conference shall be continued until July 19, 2018, at 9:30 a.m. before Judge Troy L. Nunley.

Dated: May 17, 2018

HON. TROY L. NUNLEY
United States District Judge