| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | NOA E. OREN, #297100<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-102-TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) ) | **STATUS CONFERENCE AND EXCLUDE TIME** |
| JOSE M. FLORES BARRAZA et al, | ) ) | |
| Defendants. | ) ) | Date: July 19, 2018<br>Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

By this stipulation, the parties move to continue the status conference until August 16, 2018 at 9:30 a.m., and to exclude time between July 19, 2018 through August 16, 2018, under Local Code T4.

Defense counsel requires additional time to continue investigating the facts of the case and consult with their clients. Counsel for Defendant, Jaime Sanchez-Robles is currently working with an outside expert who require further time to prepare his report. The parties agree August 16, 2018 represents the next best date for a status conference.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 16, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference
-1-

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| 1 | Date: July 12, 2018 | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender |
| | | Attorneys for Defendant<br>JAIME A. SANCHEZ-ROBLES |
| | Date: July 12, 2018 | */s/ Christopher R. Cosca*<br>CHRISTOPHER R. COSCA |
| | | Attorney for Defendant<br>JOSE M. FLORES BARRAZA |
| | Date: July 12, 2018 | */s/ Todd D. Leras*<br>TODD D. LERAS |
| | | Attorney for Defendant<br>JOSE M. OLIVERA-OROZCO |
| | Date: July 12, 2018 | */s/ Michael E. Hansen*<br>MICHAEL E. HANSEN |
| | | Attorney for Defendant<br>JESUS OLIVERA-OROZCO |
| | Date: July 12, 2018 | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ |
| | | Attorney for Defendant<br>ADRIAN GUERRERO HERNANDEZ |
| | Date: July 12, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Cameron Desmond*<br>CAMERON DESMOND<br>Assistant United States Attorney<br>Attorney for Plaintiff |

| | |
|---|---|
| 1 | ORDER |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence. The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including August |
| 9 | 16, 2018, shall be excluded from computation of time within which the trial of this case must be |
| 10 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) |
| 11 | [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further |
| 12 | ordered the July 19, 2018 status conference shall be continued until August 16, 2018, at 9:30 |
| 13 | a.m. before Judge Troy L. Nunley. |

Dated: July 12, 2018

_____
Troy L. Nunley
United States District Judge